UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA ROBIE,<br><br>    Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>    Defendant. | Case No. 20-cv-07355-JSW<br><br>**ORDER OF DISMISSAL AND JUDGMENT**<br><br>Re: Dkt. No. 44 |

By order dated June 14, 2021, this Court dismissed the first amended complaint with leave to amend within 20 days. Having elected not to file a second amended complaint, the matter is DISMISSED. The Clerk shall enter judgment in favor of Defendant and against Plaintiff and shall close the matter.

**IT IS SO ORDERED.**

Dated: September 9, 2022

JEFFREY S. WHITE
United States District Judge